
RECEIVED
FEB 1 1 2016
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

~~Criminal No.~~
16-mj-81 HB

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INFORMATION** |
| Plaintiff, | |
| v. | 18 U.S.C. § 248(a)(1) |
| MICHAEL JOHN HARRIS, | 18 U.S.C. § 248(b)(1) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
(Freedom of Access to Clinic Entrances)

On or about May 12, 2014, in the State and District of Minnesota, the defendant,

**MICHAEL JOHN HARRIS,**

by force and threat of force, intentionally injured, intimidated, interfered with, and attempted to injure, intimidate, and interfere with, another person associated with a clinic that provides reproductive health services, because that person was and had been, and in order to intimidate that person and any other person from, obtaining and providing reproductive health services.

All in violation of Title 18, United States Code, Sections 248(a)(1) and 248(b)(1).

SCANNED
FEB 1 2 2016
U.S. DISTRICT COURT MPLS

## COUNT 2
(Freedom of Access to Clinic Entrances)

On or about May 12, 2014, in the State and District of Minnesota, the defendant,

**MICHAEL JOHN HARRIS,**

by force and threat of force, intentionally injured, intimidated, interfered with, and attempted to injure, intimidate, and interfere with, another person associated with a clinic that provides reproductive health services, because that person was and had been, and in order to intimidate that person and any other person from, obtaining and providing reproductive health services.

All in violation of Title 18, United States Code, Sections 248(a)(1) and 248(b)(1).

02/11/2016

ANDREW M. LUGER
UNITED STATES ATTORNEY

MANDA M. SERTICH
ASSISTANT U.S. ATTORNEY
Attorney ID No. 4289039

_/s/ MJS for Risa Berkower_
RISA BERKOWER
TRIAL ATTORNEY
U.S. Department of Justice
Civil Rights Division, Criminal Section
950 Pennsylvania Ave. NW
Washington, DC 20530

2